IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CIRESE INVESTMENT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 00-00042-CV-W-HFS |
| | ) | |
| QWEST COMMUNICATIONS CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM TO COUNSEL**

Informal communication indicates a willingness by counsel to participate in a conference before the undersigned to present supporting argument in this matter regarding, among other things, class certification and preliminary approval of settlement. After due consideration, it would be helpful for counsel to file briefing of a few pages summarizing the pertinent and relevant issues as they pertain to the relief sought in the pending motion.

It is SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April  27 , 2012

Kansas City, Missouri